IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| NORTHRIDGE FRIENDS CHURCH ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| CHURCH MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Church Mutual Insurance Company hereby invokes this Court's jurisdiction and removes this action from the District Court of Sedgwick County, Kansas to this Court, based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and §1441(b). In support of this removal, Defendant states as follows:

1. On June 16, 2021, Plaintiff Northridge Friends Church ("Northridge") filed a Petition in the District Court of Sedgwick County, Kansas captioned, *Northridge Friends Church v. Church Mutual Insurance Company*, Case No. 2021-CV-001044-CO.

2. As the state court action was filed in Sedgwick County, Kansas, removal to the United States District Court for the District of Kansas is proper pursuant to 28 U.S.C. §1441(a) in that this is the district court and division embracing the place where this action is pending.

3. Defendant was served with the Summons and Petition of this case on July 26, 2021. Defendant has 30 days pursuant to 28 U.S.C. §1446(b) to remove this civil action to federal court, which makes August 25, 2021 the deadline to file a notice of removal pursuant to Federal Rules of Civil Procedure 6(a)(1)(c). Therefore, this Notice of Removal is timely.

4. A copy of the summons and pleadings served on Defendant in the state court action are attached as Exhibit A.

5. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(b), based upon diversity of citizenship.

6. Plaintiff Northridge Friends Church is a Kansas not-for-profit corporation with its principal place of business located in Wichita, Kansas.

7. Defendant Church Mutual Insurance Company is a mutual insurance company formed in the State of Wisconsin with its principal place of business in Merrill, Wisconsin, so that it is a citizen of Wisconsin under 28 U.S.C. § 1332(c). Therefore, diversity of citizenship exists between Plaintiff and Defendant.

8. Plaintiff is seeking to recover for damage to its church building as a result of a hailstorm that allegedly occurred on or about June 28, 2019. Paragraph 17 of the Petition alleges that Plaintiff is entitled to judgment against CMIC for damages in excess of $1,000,000. The prayer for relief asks for judgment against Church Mutual for damages in excess of $75,000 in addition to attorney's fees under K.S.A. 40-256.

9. Therefore, diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Having established that diversity of citizenship exists under 28 U.S.C. § 1332, and having met the requirements for removal under 28 U.S.C. § 1441 and § 1446, Church Mutual requests this Court to accept jurisdiction of this matter.

11. A notice of filing of Notice of Removal and a copy of this Notice of Removal are being filed in the District Court of Sedgwick County, Kansas, and copies of the same are being

mailed to Plaintiff, through their counsel of record, pursuant to 28 U.S.C. §1446. The filing of Notice of Removal is attached hereto as Exhibit B.

12. This Notice of Removal is being filed in the United States District Court for the District of Kansas, Wichita Division, pursuant to Local Rule 81.1(b).

WHEREFORE, Church Mutual Insurance Company requests that this action be removed from the District Court of Sedgwick County, Kansas, where it is now pending, to United States District Court for the District of Kansas, that this Court accept jurisdiction of this action, that this action be placed on the docket for this Court for further proceedings as though this case had originally been instituted in this Court.

## DEMAND FOR JURY TRIAL

Defendant Church Mutual Insurance Company hereby demands a trial by jury of all triable issues of fact in this case.

## DESIGNATION FOR PLACE OF TRIAL

Pursuant to D. Kan. Rule 40.2(c), Defendant Church Mutual Insurance Company hereby designates the court in Wichita, Kansas as a place for trial.

Respectfully submitted,

*/s/ Curtis O. Roggow*
Curtis O. Roggow                KS# 14980
SANDERS WARREN RUSSELL & SCHEER LLP
11225 College Blvd., Suite 450
Overland Park, Kansas 66210
Ph: (913) 234-6100 / Fax: (913) 234-6199
Email: c.roggow@swrsllp.com
***Attorneys for Defendant Church Mutual Insurance Company***

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 18th day of August, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Wyatt A. Hoch, Esq.
David E. Rogers, Esq.
Foulston Siefkin, LLP
16551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Phone:  316-267-6371
Fax:     316-267-6345
Email:  whoch@foulston.com
Email:  drogers@foulston.com
***Attorneys for Plaintiff Northridge Friends Church***

               */s/ Curtis O. Roggow*
               Attorney