

# Notice of Service of Process

null / ALL
Transmittal Number: 23550843
Date Processed: 07/28/2021

| | |
|---|---|
| Primary Contact: | Sheila R. Klug<br>Church Mutual Insurance Company<br>3000 Schuster Ln<br>Merrill, WI 54452-3863 |
| Electronic copy provided to: | Melissa Fitzgerald<br>Cynthia Brandt<br>Gonzalo Sanchez Silvela<br>Christopher Grunenwald |
| Entity: | Church Mutual Insurance Company<br>Entity ID Number 3151001 |
| Entity Served: | Church Mutual Insurance Company |
| Title of Action: | Northridge Friends Church vs. Church Mutual Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Department of Insurance, KS |
| Case/Reference No: | 2021-CV-001044-C0 |
| Jurisdiction Served: | Kansas |
| Date Served on CSC: | 07/26/2021 |
| Answer or Appearance Due: | 40 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Toni Garrard<br>785-296-307 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Exhibit A



# KANSAS INSURANCE DEPARTMENT

*Vicki Schmidt, Commissioner*

July 22, 2021

Church Mutual Insurance Company
c/o Corporation Service Company
2900 SW Wanamaker Dr. Ste. 204
Topeka, KS 66614-4188

Dear Sir or Madam:

You are hereby notified that action has been commenced against your company in the District Court of Sedgwick County, State of Kansas, by Northridge Friends Church.

Copies of the following papers, which were received by this Department on July 22, 2021, are enclosed:

> **Summons, Petition, Northridge Friends Church's Notice of Discovery and Northridge Friends Church's First Request for Production to Church Mutual Insurance Company.**

Thank you for your attention to this matter.

Sincerely,

Toni Garrard
Kansas Insurance Department
Legal Division

Enclosures

Exhibit A

Northridge Friends Church
vs.
Church Mutual Insurance Company

ELECTRONICALLY FILED
2021 Jul 19 PM 5:09
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001044-CO

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **Church Mutual Insurance Company**
> **c/o Kansas Commissioner of Insurance**
> **Kansas Insurance Department**
> **1300 SW Arrowhead Road**
> **Topeka, KS 66604**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Wyatt A Hoch
> 1551 N. Waterfront Pkwy, Suite 100
> Wichita, KS 67206

within 40 days after service of summons on you.

[SEAL]  B.D. Lumbrers
Bernadine D. Lumbrerus

Clerk of the District Court
Electronically signed on 07/20/2021 08:27:45 AM

**Documents to be served with the Summons:**
Petition, DIS: Discovery (Generic) Northridge Friends Church's First Request For Production to Church Mutual Ins, Northridge Friends Church's Notice of Service of Discovery

Exhibit A

RECEIVED
JUL 2 2 2021
KANSAS INSURANCE DEPT.

Exhibit A

ELECTRONICALLY FILED
2021 Jun 16 PM 4:23
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001044-CO

FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316.267.6371

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| **NORTHRIDGE FRIENDS CHURCH,** *Plaintiff,* vs. **CHURCH MUTUAL INSURANCE COMPANY,** *Defendant.* | Case No. _____ |

Pursuant to K.S.A. Chapter 60

# PETITION

Northridge Friends Church, for its causes of action against Church Mutual Insurance Company, alleges and states as follows:

1. Northridge Friends Church ("Northridge Friends") is a Kansas not-for-profit corporation in active and good standing with its principal place of business located at 2655 Bullinger Street, Wichita, Kansas 67204.

2. Church Mutual Insurance Company ("Church Mutual") is an insurance company with its principal place of business in Merrill, Wisconsin. Church Mutual is authorized to

- 1 -

Exhibit A

transact business in Kansas and may be served with process through the Kansas Commissioner of Insurance.

3. This Court has jurisdiction over the parties and the subject matter of this lawsuit. Venue is proper in Sedgwick County.

4. Church Mutual issued a policy of insurance – number 01 18528-02-059809 – to Northridge Friends providing replacement cost coverage for loss or damage to Northridge Friends' covered buildings and extra expense, subject to the policy terms (the "Policy"). The Policy had an effective date of December 15, 2017 through December 15, 2020.

5. The Policy obligates Church Mutual to pay for "*direct physical loss or damage* to *Covered Property*. . . caused by or resulting from any Covered Cause of Loss." (emphasis added).

6. Northridge Friends' buildings covered by the Policy are located at 2655 Bullinger Street, Wichita, Kansas.

7. On or around June 18, 2019, the Covered Property suffered extensive hail damage. The composition roof shingles, flashings, and rooftop HVAC equipment were all damaged by the hail storm.

8. On November 6, 2019, Northridge Friends submitted a claim to Church Mutual under the Policy – claim number 1399915 (the "Claim"). Church Mutual then retained the services of True North Engineering and Leading Edge Claims Services to verify the cause and extent of the damages to the Covered Property.

Exhibit A

9. On December 9, 2019, after True North completed its evaluation and issued a written report, Church Mutual issued a letter to Northridge Friends confirming the HVAC units had in fact incurred hail damage as a result of the June 18 storm but that the cost to repair those units is less than the Policy's deductible. Church Mutual denied outright coverage for any damage to the composition shingles and damage to the TPO single-ply roofing that must be altered and repaired in order to repair the shingled portions of the church roof.

### FIRST CLAIM FOR RELIEF
### Declaratory Judgment

13. Northridge Friends incorporates the allegations of paragraphs 1 through 12 above.

14. Pursuant to K.S.A. § 60-257 and K.S.A. § 60-1701 et. seq. Northridge Friends is entitled to a Declaratory Judgment stating that, under Kansas law, the hail damage sustained to the Covered Property is covered under the Policy.

### SECOND CLAIM FOR RELIEF
### Breach of Contract

15. Northridge Friends incorporates the allegations of paragraphs 1 through 14 above.

16. Church Mutual's refusal to fully pay Northridge Friends' Claim for the Covered Property constitutes a breach of the Policy it issued to Northridge Friends. Church Mutual's wrongful refusal to pay and denial of coverage has caused substantial losses to Northridge Friends beyond just the policy coverage amounts.

17. Church Mutual's denial of coverage is a breach of its insurance contract with Northridge Friends. As a result of this breach, Northridge Friends is entitled to judgment against

Exhibit A

Church Mutual for damages in excess of $1 Million plus interest. Pursuant to K.S.A. § 60-208(a), Northridge Friends' claims are in an amount in excess of $75,000.00.

### THIRD CLAIM FOR RELIEF
### Attorneys' Fees

18. Northridge Friends incorporates the allegations of paragraphs 1 through 17 above.

19. Northridge Friends is entitled to recover its attorneys' fees in this action pursuant to K.S.A. § 40-908.

20. Church Mutual is an "insurance" company as defined by K.S.A. § 40-201, and is therefore subject to the attorney's fees provision in K.S.A. § 40-256.

21. Despite demand, Church Mutual has refused – without just cause or excuse – to pay the full amount of Northridge Friends' claim.

22. Northridge Friends has incurred, and will continue to incur, attorneys' fees for the prosecution of this action. Northridge Friends is entitled under K.S.A. § 40-256 to recover a reasonable sum as attorneys' fees for Church Mutual's refusal.

23. Northridge Friends is also entitled to pre-judgment interest at the statutory rate pursuant to K.S.A. § 16-201.

Northridge Friends Church prays for the Court to:

    i. declare that hail damage sustained to the roofs of the Covered Property is a "direct physical loss or damage" and is covered under the Policy;

Exhibit A

ii. enter judgment against Church Mutual for damages in excess of $75,000.00;

iii. order Church Mutual to pay Northridge Friends' attorneys' fees;

iv. order Church Mutual to pay pre-judgment and post-judgment interest on Northridge Friends' damages;

v. and for other relief as the Court deems appropriate.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: /s/Wyatt A. Hoch
Wyatt A. Hoch, #11747
David E. Rogers, #13320
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: 316.267.6371
Fax:          316.267.6345
whoch@foulston.com
drogers@foulston.com

*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Northridge Friends Church, by and through counsel, requests a trial by jury in this case.

By:/s/Wyatt A. Hoch
Wyatt A. Hoch, #11747

Exhibit A

Northridge Friends Church
vs.
Church Mutual Insurance Company

ELECTRONICALLY FILED
2021 Jul 19 PM 5:09
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001044-CO

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> Church Mutual Insurance Company
> c/o Kansas Commissioner of Insurance
> Kansas Insurance Department
> 1300 SW Arrowhead Road
> Topeka, KS  66604

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Wyatt A Hoch
> 1551 N. Waterfront Pkwy, Suite 100
> Wichita, KS 67206

within 40 days after service of summons on you.


B.D. Lumbreras
Bernadino D. Lumbreras

Clerk of the District Court
Electronically signed on 07/20/2021 08:27:45 AM

**Documents to be served with the Summons:**
Petition, DIS: Discovery (Generic) Northridge Friends Church's First Request For Production to Church Mutual Ins, Northridge Friends Church's Notice of Service of Discovery

Exhibit A

ELECTRONICALLY FILED
2021 Jul 19 PM 5:09
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-001044-CO

Northridge Friends Church
vs.
Church Mutual Insurance Company

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> Church Mutual Insurance Company
> c/o Kansas Commissioner of Insurance
> Kansas Insurance Department
> 1300 SW Arrowhead Road
> Topeka, KS  66604

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Wyatt A Hoch
> 1551 N. Waterfront Pkwy, Suite 100
> Wichita, KS 67206

within 40 days after service of summons on you.

(SEAL)  *B.D. Lumbrens*
Bernadine D. Lumbrens

Clerk of the District Court
Electronically signed on 07/20/2021 08:27:45 AM

**Documents to be served with the Summons:**
Petition, DIS: Discovery (Generic) Northridge Friends Church's First Request For Production to Church Mutual Ins, Northridge Friends Church's Notice of Service of Discovery

Exhibit A

quadient  FIRST-CLASS MAIL
07/23/2021
US POSTAGE $008.05
ZIP 66606
041M12254011

**CERTIFIED MAIL**

7020 1290 0000 7225 4258



Kansas Insurance Dept.
1300 SW Arrowhead Rd.
Topeka, KS 66604

Commissioner
Vicki Schmidt
Legal
Division

Church Mutual Insurance Company
c/o Corporation Service Company
2900 SW Wanamaker Dr. Ste. 204
Topeka, KS 66614-4188

Exhibit A