IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| NORTHRIDGE FRIENDS CHURCH ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 6:21-cv-01200-JWB-GEB |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| CHURCH MUTUAL INSURANCE ) | |
| COMPANY, S.I. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Northridge Friends Church and Defendant Church Mutual Insurance Company, S.I. hereby stipulate to dismissal of this lawsuit, with prejudice, with each party to bear its own costs, pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Wyatt A. Hoch*
Wyatt A. Hoch, Esq.         KS # 11747
Foulston Siefkin, LLP
16551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Phone:  316-267-6371
Fax:     316-267-6345
Email:  whoch@foulston.com
**ATTORNEYS FOR PLAINTIFF NORTHRIDGE FRIENDS CHURCH**

*/s/ Curtis O. Roggow*
Curtis O. Roggow            KS# 14980
Sanders Warren & Russell LLP
11225 College Blvd., Suite 450
Overland Park, KS 66210
Ph: (913) 234-6100 / Fax: (913) 234-6199
Email: c.roggow@swrllp.com
**ATTORNEYS FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**